UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:21-cr-00257-JMS-TAB |
| JAMAR HOWARD, | ) ) | -01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On December 2, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 15, 2022. Defendant Howard appeared in person with his appointed attorney Leslie Wine. The Government appeared by Assistant United States Attorney Kyle M. Sawa. U.S. Parole and Probation appeared by USPO Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Howard of his rights and ensured that he had a copy of the Petition.

2. After being placed under oath, Defendant Howard admitted to violations 1 through 4, with violation 1 being modified as set forth below.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not commit another Federal, State, or local crime."** |
| | On November 29, 2022, Mr. Howard was arrested by the Miami County Sheriff's Office for felony offenses of dealing in marijuana and possession of marijuana and a misdemeanor of driving without ever receiving a license. |

On December 9, 2022, Mr. Howard was formally charged in Miami County Superior Court case number 52D01-2212-F5-349 Possession of Marijuana with Prior Conviction, level 6 felony. Mr. Howard is currently released on bond in this case with an initial appearance currently scheduled for January 17, 2023.

2 **"You shall not unlawfully possess a controlled substance."**

According to the Miami County Sheriff's Office probable cause affidavit, on November 29, 2022, a traffic stop was conducted on a vehicle traveling 100 miles per hour. Mr. Howard was identified as the driver. The deputy noticed the smell of raw marijuana emitting from the vehicle. A search of the vehicle located a plastic bag in the backseat containing a substance believed to be raw marijuana. Additional searching located a cloth bag containing three plastic sandwich bags and a glass jar of a substance believed to be marijuana and a digital scale. Following a Miranda Rights warning, Mr. Howard claimed the marijuana located in the vehicle as his. An official weight of the suspected marijuana is pending with the deputy noting an approximate weight of five pounds.

3 **"You shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity."**

According to the Miami County Sheriff's Office probable cause affidavit, on November 29, 2022, during a traffic stop, Mr. Howard was driving a vehicle with only passenger being Desmon Williams. Mr. Williams was arrested during the traffic stop after deputies located a handgun with the serial number removed. Mr. Williams claimed the firearm as being his. Mr. Williams is a serious violent felon, with previous convictions for armed robbery in Georgia.

4 **"You shall not knowingly leave from the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer."**

On November 29, 2022, Mr. Howard was located in Miami County, Indiana, located outside of the Southern District of Indiana. When confronted about his arrest and being out of district, Mr. Howard initially reported being in the Miami County area to pick up Mr. Williams' cousin and that his trip was short in nature. When asked about his travels by the Miami County Sheriff's Deputy, Mr. Howard reported he was on his way back to Indianapolis from Chicago. When confronted about his statements made to the deputy, Mr. Howard admitted to being in Chicago and out of district without permission.

4. The Parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is II.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months of imprisonment.

5. The parties jointly recommended a sentence of time served with 12 months of supervised release to follow, with 6 months of that supervision to be under home detention with GPS monitoring in addition to the prior conditions of release.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, that his supervised release should be revoked and that he should be sentenced to the custody of the Attorney General or his designee for a period of time served with 12 months of supervised release to follow, with 6 months of that supervision to be under home detention with GPS monitoring in addition to the prior conditions of release.

7. The Government did not seek Defendant's detention at the conclusion of the hearing, and Defendant was released on conditions. Counsel jointly recommended that Defendant promptly report to the US Marshal for processing upon the District Judge's action on the Report and Recommendation. Defendant agreed to do so.

8. The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/2/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

United States Probation Office, United States Marshal