UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cr-00257-JMS-TAB |
| ) | |
| JAMAR HOWARD (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garica's Report and Recommendation dkt [52] recommending that Jamar Howard's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [52]. The Court finds that Mr. Howard committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [52].  The Court dismisses Violation Number 1 at dkt [52].  The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Howard is sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no supervised release to follow.

Date: 7/2/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system